IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAMPTON ROADS REGIONAL ) <br> JAIL AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil No.: 2:20-cv-410 |

## ORDER APPROVING AND ENTERING CONSENT DECREE

AND NOW, upon consideration of the Complaint of the United States of America; the Joint Motion for Entry of Consent Decree; and the attached and incorporated Agreement of the Parties; the Court hereby FINDS that:

(a) The Agreement is fair, adequate, and reasonable and furthers the purpose of the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997, in vindicating the federal constitutional rights of prisoners at the Hampton Roads Regional Jail, and also vindicates the rights of those prisoners under Title II of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12131-12134, and

(b) Although this matter was not actually litigated or resolved on the merits, that prospective relief in the Agreement is narrowly drawn, extends no further than necessary to correct the violations of federal rights as alleged by the United States, and is the least intrusive means necessary to correct those alleged violations, as

/RBS/ required by the Prison Litigation Reform Act ("PLRA"), 18 U.S.C. § 3626(a) & (c).

THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the joint motion is GRANTED, the Agreement is APPROVED and the Agreement's terms are hereby incorporated into this Order as if fully set forth herein. The Court retains complete jurisdiction of this matter to enforce this Order and the terms of the incorporated Agreement until the Defendants have fulfilled their obligations therein.

/s/ -RBS-
Rebecca Beach Smith
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia
This 31st day of August, 2020

/s/
Rebecca Beach Smith
Senior United States District Judge

WE ASK FOR THIS:

G. ZACHARY TERWILLIGER
United States Attorney


_____/s/_____
Clare P. Wuerker
Assistant United States Attorney
Virginia Bar No. 79236
Attorney for United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone – 757-441-6331
Facsimile – 757-441-6689
E-Mail – Clare.Wuerker@usdoj.gov
Counsel to the United States



_____/s/_____
Jeff W. Rosen
Virginia Bar No. 22689
Pender & Coward
222 Central Park Ave. Ste. 400
Virginia Beach, VA 23462
Telephone – (757) 490-6253
Facsimile – (757) 502-7351
E-Mail – jrosen@pendercoward.com
Counsel to the Hampton Roads Regional Jail Authority