IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 2:20-cv-410-RBS-LRL |
| HAMPTON ROADS REGIONAL JAIL AUTHORITY, | ) |
| Defendant. | ) |

## ORDER APPOINTING MONITOR

Upon consideration of the Joint Motion and Memorandum in Support to Appoint a Monitor, it is hereby

ORDERED that James Conrad Welch is appointed the Monitor, pursuant to Paragraphs 129-30 of the Agreement. ECF 2-1.

/s/
Rebecca Beach Smith
**Senior United States District Judge**
_____
UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia
This 10th day of Sept., 2020

WE ASK FOR THIS:

G. ZACHARY TERWILLIGER
United States Attorney


_____/s/_____
Clare P. Wuerker
Assistant United States Attorney
Virginia Bar No. 79236
Attorney for United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone – 757-441-6331
Facsimile – 757-441-6689
E-Mail – Clare.Wuerker@usdoj.gov
Counsel to the United States


_____/s/_____
Jeff W. Rosen
Virginia Bar No. 22689
Pender & Coward
222 Central Park Ave. Ste. 400
Virginia Beach, VA 23462
Telephone – (757) 490-6253
Facsimile – (757) 502-7351
E-Mail – jrosen@pendercoward.com
Counsel to the Hampton Roads Regional Jail Authority