# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:20cv410 |
| HAMPTON ROADS REGIONAL JAIL AUTHORITY, | : | |
| Defendant. | : | |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
## MOTION TO FILE DOCUMENT UNDER SEAL

Defendant Hampton Roads Regional Jail Authority ("HRRJA"), by counsel, and pursuant to Local Rule 5, submits this Confidential Memorandum in support of its Motion to File Document Under Seal. Exhibit A to this Motion is a letter from HRRJA's Counsel to the Court containing confidential information which may affect the security of the jail and the safety of jail staff, inmates, and the public.

Courts are generally cognizant of protecting the security of correctional facilities. For instance, in *Fourhorn v. City and County of Denver*, 261 F.R.D. 564 (D. Colo. 2009), the court issued a protective order which prohibited the dissemination of jail policies and information related to jail security. The court noted that "[a]mple caselaw addressing issues relating to jail or prison security and safety concerns reflects a broad policy against Court interference in matters which affect those concerns." *Id.* at 569 (citing *Thornburgh v. Abbott*, 490 U.S. 401, 415 (1989) (noting that it is "beyond question" that jails have a legitimate interest in protecting security pursuant to the policies they enact); *Whitington v. Sokol*, No. 06-cv-01245-EWN-CBS, 2008

U.S. Dist. LEXIS 14313 (D. Colo. Feb. 14, 2008) (recognizing that jails' legitimate interest in protecting policies from dissemination which impact safety concerns)).

Here, public access to confidential information contained in the letter addressed to the Court from HRRJA's Counsel poses a security risk to the HRRJ and may affect the safety of staff, inmates, and the public.

For these reasons, Defendant Hampton Roads Regional Jail Authority respectfully requests this Court to allow Counsel's letter to be filed under seal.

                                      HAMPTON ROADS REGIONAL JAIL AUTHORITY

                                      By:        /s/       
                                                Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for HRRJA*

*USA v. HRRJA*                       Case No. 2:20cv410                      PENDER & COWARD, P.C.
                                                                                    WWW.PENDERCOWARD.COM
Page **2** of **3**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of October 2023, I will electronically file the foregoing ***Memorandum of Law in Support of Defendant's Motion to File Document Under Seal*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Clare P. Wuerker, Esq. (VSB #79236)  
United States Attorney's Office  
2100 Jamieson Ave., Suite 8000  
Alexandria, VA 22314  
Phone: (703) 236-3850  
Fax:    (703) 299-3983  
Clare.Wuerker@usdoj.gov  
*Counsel for USA*

Kyle E. Smiddie, Esq. (NJSB #021852011)  
Attorneys, Civil Rights Division  
Special Litigation Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530  
Phone: (202) 307-6581  
Kyle.Smiddie@usdoj.gov  
*Pro Hac Vice Counsel for USA*

Alyssa B. Wright, Esq. (CSB #329921)  
DOJ, Civil Rights Division  
Special Litigation Section  
150 M Street, NE  
Washington, D.C. 20002  
Phone: (202) 532-5836  
Alyssa.wright@usdoj.gov  
*Pro Hac Vice Counsel for USA*

                /s/  
                Jeff W. Rosen, Esq., VSB #22689  
                PENDER & COWARD, P.C.  
                222 Central Park Avenue, Suite 400  
                Virginia Beach, VA 23462  
                Phone/Fax: (757) 490-6253  
                jrosen@pendercoward.com  
                *Counsel for HRRJA*

*USA v. HRRJA*       Case No. 2:20cv410      PENDER & COWARD, P.C.  
                           WWW.PENDERCOWARD.COM  
Page 3 of 3