IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 2:20-cv-410 |
| HAMPTON ROADS REGIONAL JAIL AUTHORITY, | ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE IN NON-OPPOSITION TO HAMPTON ROADS REGIONAL JAIL AUTHORITY'S MOTION TO FILE A DOCUMENT UNDER SEAL**

Plaintiff, United States of America, by undersigned counsel and pursuant to Local Rule 5, respectfully advises the Court that it does not oppose Defendant's Motion to File a Document Under Seal, ECF 59, particularly in light of the Defendant's indication that the document in question will only be sealed temporarily.

Respectfully submitted,

JESSICA D. ABER
United States Attorney

By:     */s/ Clare P. Wuerker*
Clare P. Wuerker
Assistant United States Attorney
Virginia Bar No. 79236
United States Attorney's Office
Counsel for the United States

2100 Jamieson Ave.
Alexandria, VA 22314
Telephone – 703-236-3850
Facsimile – 703-299-3983
E-Mail - Clare.Wuerker@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
LAURA L. COWALL
KYLE E. SMIDDIE
Attorneys, Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530
Telephone: (202) 307-6581
Kyle.Smiddie@usdoj.gov

Counsel to the United States

Dated this 12th day of October, 2023